IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-cv-316-FL

| | |
|---|---|
| CHERYE STALLINGS, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| CAROLYN COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $11,077.50 for attorney fees, representing 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff will be reimbursed the EAJA fees of $3,191.25 and $2,913.92 by Plaintiff's counsel.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $11,077.50 from Plaintiff's back benefits and Plaintiff's counsel pay to Plaintiff $6,105.17 and upon the payment of such sums this case is dismissed with prejudice.

This  6th   day of _____ March , 2015.

_____
United States District Judge